# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3747

_____

Frederick L. Pitchford,                               *
                                                      *
       Appellant,                             *
                                                      *
      v.                                     *   Appeal from the United States
                                                      *   District Court for the
City of Earle, Arkansas; Sherman                      *   Eastern District of Arkansas.
Smith, Individually and in official                   *
capacity as Mayor of Earle, Arkansas;                 *   [UNPUBLISHED]
Sylvia Layton, Individually and in                    *
official capacity as Clerk of the City of             *
Earle, Arkansas; Robert Malone,                       *
Individually and in official capacity as              *
member of Earle City Council; Sara                    *
Johnson, Individually and in official                 *
capacity as member of Earle City                      *
Council; Ann Pickering, Individually                  *
and in official capacity as member of                 *
Earle City Council; Jesse Selvy,                      *
Individually and in official capacity as              *
member of Earle City Council; Bobby                   *
Luckett, Individually and in official                 *
capacity as member of Earle City                      *
Council; Donnie Cheers, Individually                  *
and in official capacity as member of                 *
Earle City Council; Leroy Bowling,                    *
Individually and in official capacity as              *
member of Earle City Council; L.                      *
Manual Clouse, City Inspector, Earle,                 *
Arkansas,                                             *
                                                      *
       Appellees.                             *

_____

Submitted: April 3, 2009
Filed: April 8, 2009
_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Frederick Pitchford appeals the district court's[1] adverse grant of summary judgment in his civil-rights action against the City of Earle, Arkansas, and some of its officials. After careful review, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.